United States District Court
Southern District of Texas
**ENTERED**
November 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MIKHAEL KOHEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-00123 |
| § | |
| VILLAGE CAPITAL & INVESTMENT, LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment, (Dkt. No. 12), the Court hereby **ORDERS** that judgment is entered in favor of Defendant, and all claims asserted by Plaintiff in this action are **DISMISSED** with prejudice.

Defendant is awarded $6,902.00 in attorney's fees.

Costs of court are awarded to Defendant. *See* Fed. R. Civ. P. 54(d)(1).

All relief not expressly granted herein is **DENIED**.

This is a final judgment.

SO ORDERED November 30, 2022, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge